**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Thomas F. Derr<br>         Crystal L. Shade-Derr<br><br>                                    Debtor(s) | CHAPTER 13<br><br>BKY. NO. 15-14630 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

                Respectfully submitted,

                **/s/ Matteo S. Weiner, Esq.**
                Matteo S. Weiner, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322 FAX (215) 627-7734