# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas F. Derr<br>Crystal L. Shade-Derr<br>Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>Movant<br>vs. | NO. 15-14630 MDC |
| Thomas F. Derr<br>Crystal L. Shade-Derr<br>Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 TOYOTA TACOMA P/U , VIN: 5TFNX4CN1EX035385 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Signed this 29th day of June, 2017.

_____
United States Bankruptcy Judge.

cc: See attached service list

Thomas F. Derr
300 11th Avenue North #233
Nashville, TN 37203

Crystal L. Shade-Derr
300 11th Avenue North #233
Nashville, TN 37203

Patricia M. Mayer, Esq.
301 Oxford Valley Road (VIA ECF)
Suite 203B
Yardley, PA 19067

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532