United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 15-14630-mdc
Thomas F. Derr                                                      Chapter 13
Crystal L. Shade-Derr
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore            Page 1 of 1              Date Rcvd: Jul 05, 2017
                              Form ID: pdf900            Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2017.
```
db             +Thomas F. Derr,    300 11th Avenue North #233,    Nashville, TN 37203-3642
jdb            +Crystal L. Shade-Derr,    300 11th Avenue North #233,    Nashville, TN 37203-3642
aty            +JOEL R. GLUCKSMAN,    SCARINCI & HOLLENBECK, LLC,    1100 Valley Brook Avenue,    PO Box 790,
                 Lyndurst, NJ 07071-0790
cr             +BMW Bank of North America, Inc,    P.O. Box 201347,    Arlington, TX 76006-1347
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jul 06 2017 02:05:17      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 06 2017 02:04:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 06 2017 02:05:09      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 06 2017 01:58:49
                 BMW Bank of North America,    5550 Britton Parkway,    Hilliard, OH 43026-7456
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 06 2017 01:58:21
                 BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
                                                                                              TOTAL: 5
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2017 at the address(es) listed below:
```
              DANIELLE  BOYLE-EBERSOLE     on behalf of Creditor    The Bank of New York Mellon et al c/o Select
               Portfolio Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              JASON BRETT SCHWARTZ     on behalf of Creditor   BMW Bank of North America
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              PATRICIA M. MAYER    on behalf of Joint Debtor Crystal L. Shade-Derr pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              PATRICIA M. MAYER     on behalf of Debtor Thomas F. Derr pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas F. Derr<br>Crystal L. Shade-Derr<br><u>Debtor(s)</u> | CHAPTER 13 |
| Toyota Lease Trust<br><u>Movant</u><br>vs. | NO. 15-14630 MDC |
| Thomas F. Derr<br>Crystal L. Shade-Derr<br><u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br><u>Trustee</u> | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 TOYOTA TACOMA P/U, VIN: 5TFNX4CN1EX035385 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Signed this 29th day of June, 2017.

_____
United States Bankruptcy Judge.

cc: See attached service list

Thomas F. Derr
300 11th Avenue North #233
Nashville, TN 37203

Crystal L. Shade-Derr
300 11th Avenue North #233
Nashville, TN 37203

Patricia M. Mayer, Esq.
301 Oxford Valley Road (VIA ECF)
Suite 203B
Yardley, PA 19067

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532