## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**In Re:**

**Case No.** 15-14630

THOMAS F. DERR AND CRYSTAL L. SHADE-DERR

**Claim No. :** 4

Debtor(s)

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES ONLY, listed in the above stated case be changed.

**\*\* Below change is only for notice address. Payment address will be same as filed in POC.**

**Address where Notices to the creditor be sent:**

From

To

BMW Bank of North America

BMW Bank of North America

P.O. Box 201347

4515 N Santa Fe Ave. Dept. APS

Arlington, TX 76006

Oklahoma City, OK 73118

/s/ Dipika Parmar

Date: 08/08/2018

Creditor's Authorized Agent for BMW Bank of North America