# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-14630-MDC

THOMAS F. DERR
CRYSTAL L. SHADE-DERR
300 11TH AVENUE NORTH
#233
NASHVILLE, TN 37203-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    THOMAS F. DERR
    CRYSTAL L. SHADE-DERR
    300 11TH AVENUE NORTH
    #233
    NASHVILLE, TN 37203-

Counsel for debtor(s), by electronic notice only.

    PATRICIA M. MAYER, ESQUIRE
    PATRICIA M. MAYER, PC
    301 OXFORD VALLEY RD - SUITE 203B
    YARDLEY, PA 19067-

                                        /S/ William C. Miller

Date: 9/20/2019                                _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee