United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 15-14630-mdc
Thomas F. Derr  Chapter 13
Crystal L. Shade-Derr
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 3
Date Rcvd: Dec 15, 2020     Form ID: 138NEW     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas F. Derr, 300 11th Avenue North #233, Nashville, TN 37203-3642 |
| jdb | + | Crystal L. Shade-Derr, 300 11th Avenue North #233, Nashville, TN 37203-3642 |
| aty | + | JOEL R. GLUCKSMAN, SCARINCI & HOLLENBECK, LLC, 1100 Valley Brook Avenue, PO Box 790, Lyndurst, NJ 07071-0790 |
| cr | + | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13554819 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 13600418 | | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13612322 | | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13554820 | + | Anthony Reagoso, Esquire, 10 West Front Street, Suite 12, Media, PA 19063-3306 |
| 13637261 | + | BGE, PO Box 1475, Baltimore, MD 21203-1475 |
| 13554823 | + | Dennis Page, 1965 Timberlake Drive, Morrisville, PA 19067-3919 |
| 13554825 | + | Liberty Mutual Insurance, 175 Berkeley Street, Boston, MA 02116-3350 |
| 13642418 | + | Patricia M. Mayer, Esquire, Waterman & Mayer, LLP, 301 Oxford Valley Rd., Ste. 203B, Yardley, PA 19067-7708 |
| 13554826 | + | Raymour & Flanigan, PO Box 14517, Des Moines, IA 50306-3517 |
| 13554827 | | Riverwoods at New Hope Community Assoc, Sort 452, PO Box 745, Warrington, PA 18976-0745 |
| 13567107 | + | Riverwoods at New Hope Community Association, 975 Easton Road, Suite 102, Warrington, Pa 18976-1858 |
| 13554828 | | Scarinci Hollenbeck, 1100 Valley Brook Avenue, PO Box 790, Lyndhurst, NJ 07071-0790 |
| 13554830 | | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 13600976 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13568467 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 14263050 | + | Wells Fargo Bank, N.A., PO Box 14487, Des Moines, IA 50306-3487 |
| 13637901 | | Wells Fargo Bank, N.A., Home Equity Group, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |
| 13554831 | + | Wells Fargo Home Mortgage, PO Box 31557, Billings, MT 59107-1557 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 16 2020 04:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 16 2020 04:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 16 2020 04:40:48 | BMW Bank of North America, Inc, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14180594 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 16 2020 04:29:22 | BMW Bank of North America, 4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| 13558008 | + | Email/PDF: ais.bmw.ebn@americaninfosource.com | Dec 16 2020 04:29:26 | BMW Bank of North America, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 13554821 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | Dec 16 2020 04:34:44 | BMW Financial Services, PO Box 3608, Dublin, OH 43016 |
| 13581593 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | | |

|  |  |  | Dec 16 2020 04:40:48 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
|---|---|---|---|---|
| 13887580 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 16 2020 04:40:48 | BMW Financial Services NA, LLC, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 13554822 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 16 2020 04:40:47 | Capital One Bank (USA) NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 13582228 |  | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 16 2020 04:29:23 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13554824 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 16 2020 04:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13584421 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 16 2020 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 13554829 |  | Email/Text: jennifer.chacon@spservicing.com | Dec 16 2020 04:53:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | BMW Bank of North America, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| cr | *+ | BMW Financial Services NA, LLC, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020                     Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor The Bank of New York Mellon et al c/o Select Portfolio Servicing Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com |
| HOWARD GERSHMAN | on behalf of Debtor Thomas F. Derr hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| HOWARD GERSHMAN | on behalf of Joint Debtor Crystal L. Shade-Derr hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| JASON BRETT SCHWARTZ |  |

        on behalf of Creditor BMW Bank of North America jschwartz@mesterschwartz.com

MATTEO SAMUEL WEINER
        on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

THOMAS I. PULEO
        on behalf of Creditor Toyota Lease Trust tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

TRANG V TRUONG
        on behalf of Creditor Wells Fargo Bank  N.A. trangtruong@wellsfargo.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
        on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
        ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Thomas F. Derr and Crystal L. Shade−Derr

    Debtor(s)      Bankruptcy No: 15−14630−mdc

    Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                   For The Court
                                                                  Timothy B. McGrath
                                                                  Clerk of Court

Dated: 12/15/20

                                                                             67 − 66
                                                                     Form 138_new