United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-14630-mdc |
| Thomas F. Derr | Chapter 13 |
| Crystal L. Shade-Derr | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 19, 2021 | Form ID: 195 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas F. Derr, 300 11th Avenue North #233, Nashville, TN 37203-3642 |
| jdb | + | Crystal L. Shade-Derr, 300 11th Avenue North #233, Nashville, TN 37203-3642 |
| aty | + | JOEL R. GLUCKSMAN, SCARINCI & HOLLENBECK, LLC, 1100 Valley Brook Avenue, PO Box 790, Lyndurst, NJ 07071-0790 |
| cr | + | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 20 2021 07:02:04 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: ais.bmw.ebn@americaninfosource.com | Jan 20 2021 06:59:32 | BMW Bank of North America, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 20 2021 06:59:15 | BMW Bank of North America, Inc, P.O. Box 201347, Arlington, TX 76006-1347 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 20 2021 07:00:44 | BMW Financial Services NA, LLC, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2021        Signature:    /s/Joseph Speetjens

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Jan 19, 2021     Form ID: 195     Total Noticed: 8

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor The Bank of New York Mellon et al c/o Select Portfolio Servicing Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com |
| HOWARD GERSHMAN | on behalf of Debtor Thomas F. Derr hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| HOWARD GERSHMAN | on behalf of Joint Debtor Crystal L. Shade-Derr hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| JASON BRETT SCHWARTZ | on behalf of Creditor BMW Bank of North America jschwartz@mesterschwartz.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor Toyota Lease Trust tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| TRANG V TRUONG | on behalf of Creditor Wells Fargo Bank N.A. trangtruong@wellsfargo.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Thomas F. Derr and Crystal L. Shade−Derr : Case No. 15−14630−mdc
    Debtor(s)

### ORDER
_____

AND NOW, this day , January 19, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

71
Form 195